**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CRYSTAL MORELAND, | ) | |
| *as mother and next friend to C.H., a minor*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-01788-JAR |
| | ) | |
| UNIVERSITY CITY SCHOOL | ) | |
| DISTRICT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is dismissed without

prejudice.

Dated this 7th day of August, 2026.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**